**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Linda Pralutsky, f/k/a Linda Ritzer, | Civil No. 03-4389 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| Metropolitan Life Insurance Company, | |
| Defendant. | |

---

Pursuant to the January 19, 2006 Opinion of the Eighth Circuit, and the mandate which has now issued, **IT IS ORDERED** that the Judgments entered in favor of Plaintiff on May 3, 2004 (Doc. No. 17) and on July 29, 2004 (Doc. No. 29) are each **VACATED** and the Clerk is directed to enter judgment in favor of Defendant and dismiss this matter with prejudice.

Dated: April 11, 2006

                                                          s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                         United States District Judge